```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 10872
   DAVID L JOHNSEN
   MAURA R JOHNSEN                            CHAPTER 13

                                              JUDGE: JOHN H SQUIRES

        Debtor
  SSN XXX-XX-7460     SSN XXX-XX-9825
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 03/24/05 and confirmed on 05/18/05.

2. The plan is paid in full.

3. The Debtor paid a total of $ 122460.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| FIRST HORIZON HOME LOAN | CURRENT MORTG | .00 | .00 | .00 |
| GMAC RESCAP LLC | SECURED | .00 | .00 | .00 |
| GMAC PAYMENT CENTER | SECURED | 11374.98 | 417.19 | 11374.98 |
| INTERNAL REVENUE SERVICE | PRIORITY | 763.00 | .00 | 763.00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 4890.86 | .00 | 2588.03 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 8879.07 | .00 | 4698.43 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 6556.12 | .00 | 3469.22 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 7098.77 | .00 | 3756.37 |
| SMC | UNSECURED | 205.57 | .00 | 108.78 |
| RESURGENT CAPITAL SERVIC | SECURED | 231.00 | 6.78 | 231.00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| DAVID JOHNSEN SR | UNSECURED | 70000.00 | .00 | 37041.02 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 10803.03 | .00 | 5716.50 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2536.34 | .00 | 1342.12 |
| JULIE WAGNER | UNSECURED | 8700.00 | .00 | 4603.67 |
| LANE BRYANT | UNSECURED | NOT FILED | .00 | .00 |
| MARSHALL FIELD | UNSECURED | 840.85 | .00 | 444.94 |
| MARSHALL FIELD | UNSECURED | 2248.90 | .00 | 1190.02 |
| MERRICK BANK | UNSECURED | 2605.29 | .00 | 1378.61 |
| MIKE & KATHY RINEHOLD | UNSECURED | 9751.81 | .00 | 5160.24 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| PATRICIA MARCANTONIO | UNSECURED | 18823.73 | .00 | 9960.72 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 4985.46 | .00 | 2638.09 |
| TARGET NATIONAL BANK | UNSECURED | 574.55 | .00 | 304.03 |
| US BANK | UNSECURED | 12185.11 | .00 | 6447.84 |
| US BANK | UNSECURED | 7794.18 | .00 | 4124.35 |
| WELLS FARGO FINANCIAL IN | UNSECURED | 764.13 | .00 | 404.35 |
| WELLS FARGO FINANCIAL IN | UNSECURED | 924.55 | .00 | 489.23 |

```
WELLS FARGO FINANCIAL BA  UNSECURED       1953.85              .00       1033.89
GMAC RESCAP LLC           MORTGAGE ARRE    350.00              .00        350.00
FIRST HORIZON HOME LOAN   MORTGAGE ARRE    680.24              .00        680.24
ZALUTSKY & PINSKI         REIMBURSEMENT    194.00              .00        194.00
RESURGENT CAPITAL SERVIC  UNSECURED       6378.00              .00       3374.97
ECAST SETTLEMENT CORPORA  UNSECURED        752.49              .00        398.19
     Summary of disbursements:
------------------------------------------------------------------------------
                         SECURED      PRIORITY    UNSECURED       OTHER        TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      12636.22       957.00    190252.66         .00    203845.88
PRINCIPAL PAID          12636.22       957.00    100673.61         .00    114266.83
INTEREST PAID             423.97          .00          .00         .00        423.97
TOTAL PAID              13060.19       957.00    100673.61         .00    114690.80
```

The Debtor's attorney, ZALUTSKY & PINSKI                  , was allowed $   2700.00 and was paid $   2700.00 .

The Trustee received $   5009.20 .

Refunds to the Debtor totaled $      60.00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 06/26/08                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 05 B 10872 DAVID L JOHNSEN & MAURA R JOHNSEN